IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

FILED

NOV 27 2018

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

RITA LINDSAY,

    Plaintiff,

v.

DIGITS, LLC AND CASS, LLC,

    Defendants.

Civil Action No. 1:17-cv-190
(Honorable Irene M. Keeley)

## AGREED DISMISSAL ORDER

The Court has been informed by the parties that this case has been fully resolved and that the parties agree to this case, inclusive of Plaintiff Rita Lindsay's claims and Defendant Cass, LLC's counterclaim in the case, being dismissed with prejudice. The parties being in agreement, the Court hereby **ORDERS** that this case, inclusive of Plaintiff Rita Lindsay's claims and Defendant Cass, LLC's counterclaim in the case, be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). The Court further **ORDERS** that the parties bear their own respective attorneys' fees and expenses, except to the extent (if at all) the parties have agreed otherwise.

The Court directs that the Clerk of the Court transmit a copy of this Agreed Dismissal Order to all counsel of record in the case and then remove this case from the Court's docket.

ENTER: November 27, 2018

HONORABLE IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

| PREPARED BY: | AGREED TO BY: |
|---|---|
| | signed, with permission, by MBH (WVSB #10128) |
| /s/ *Matthew B. Hansberry* | /s/ *Gregory H. Schillace* |
| Matthew B. Hansberry (WVSB #10128) | Gregory H. Schillace (WVSB #5597) |
| HANSBERRY LAW OFFICE, PLLC | SCHILLACE LAW OFFICE |
| 1400 Johnson Avenue, Suite 4-P | P.O. Box 1526 |
| Bridgeport, WV 26330 | Clarksburg, WV 26302 |
| Email: hansberrylaw@gmail.com | Email: ghs@schillacelaw.com |
| Telephone: (304) 842-5135 | Telephone: (304) 624-1000 |
| Facsimile: (304) 842-0907 | Facsimile: (304) 624-9100 |
| *Counsel for the Plaintiff* | *Counsel for the Defendants* |